THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v.
DAVID FUCHS, Respondent.

*People* v. *Fuchs*, 166 App. Div. 811, affirmed.
(Argued May 3, 1915; decided July 13, 1915.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 25, 1915, which reversed a judgment of the Kings County Court affirming a judg-

ment of the Magistrate's Court of the city of New York convicting the defendant of a violation of section 2142 of the Penal Law. The complaint charged that defendant unlawfully on said day (Sunday), the first day of the week, did engage in the trucking of soda water tanks, with a horse attached with harness with wagon; said Fuchs backed said rig up to the curb and then and there loaded and unloaded said tanks, said work not being work of necessity or charity, in violation of section 2143 of the Penal Law.

*James C. Cropsey,* District Attorney (*Harry G. Anderson* of counsel), for appellant.

*Rufus Lewis Perry* and *Matthew W. Carmel* for respondent.

Order affirmed, on opinion of JENKS, P. J., below.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.